UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | | |
|---|---|---|
| **SHUUKU HENDERSON** | : | **CIVIL ACTION NO. 3:23-cv-00357** |
| | : | |
| **V.** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **WAL-MART REAL ESTATE BUSINESS** | : | |
| **TRUST AND WALMART INC.** | : | **MARCH 22, 2023** |

## ANSWER AND AFFIRMATIVE DEFENSES

**FIRST COUNT (as to Wal-Mart Real Estate Business Trust):**

1. Denied.

2. The defendant does not have knowledge of information sufficient to form a belief as to the truth of the allegations in paragraph 2 and leaves the plaintiff to his proof.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied, including all subparagraphs contained therein.

8. Denied, including all subparagraphs contained therein.

9. Denied.

10. Denied.

11. Denied.

**SECOND COUNT (as to Walmart Inc.):**

1. Denied.

2. The defendant does not have knowledge of information sufficient to form a belief as to the truth of the allegations in paragraph 2 and leaves the plaintiff to his proof.

**ROGIN NASSAU LLC**• ATTORNEYS AT LAW

CITYPLACE I • HARTFORD, CT 06103-3460 • (860) 256-6300 • JURIS NO.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied, including all subparagraphs contained therein.

8. Denied, including all subparagraphs contained therein.

9. Denied.

10. Denied.

11. Denied.

-2-
**ROGIN NASSAU LLC**• ATTORNEYS AT LAW

CITYPLACE I • HARTFORD, CT 06103-3460 • (860) 256-6300 • JURIS NO.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

If the plaintiff sustained any damages and/or injuries in the manner and to the extent as alleged in the complaint, which is expressly denied, then any such damages and/or injuries were the result, in whole or in part, due to the plaintiff's own negligence in that:

a. Plaintiff failed to keep a proper lookout and be watchful of his surroundings;

b. Plaintiff failed to exercise reasonable care for her own well-being and to act as a reasonably prudent person under the circumstances then and there existing.

### SECOND AFFIRMATIVE DEFENSE

The condition alleged to have caused the plaintiff's injury was open and obvious.

                THE DEFENDANTS

By: /s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]
Austin K. Moran [ct31252]
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
Tel: (860) 256-6380
Fax: (860) 278-2179
E-mail: gspringer@roginlaw.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing was served electronically this 22nd day of March 2023 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

William C. Rivera, Esq.
The Rivera Law Group, LLC
17 Walnut Street
New Britain, CT 06051
trlg.personalinjury@gmail.com

               /s/ George C. Springer, Jr.
               George C. Springer, Jr. [ct03263]