UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | | |
|---|---|---|
| **SHUUKU HENDERSON** | : | **CIVIL ACTION NO. 3:23-CV-00357-VDO** |
| V. | : | |
| **WAL-MART REAL ESTATE** | : | |
| **BUSINESS TRUST AND** | : | |
| **WALMART INC.** | : | **MAY 1, 2024** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**STIPULATION OF DISMISSAL**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereby stipulate and agree to dismissal—with prejudice—of this action and all claims in it. The parties shall each bear their own costs.

THE PLAINTIFF,

By_____/s/ (ct29274)_____
Noah J. Kores, Esq.
Fed. Bar No. ct29274
Logan Vance Sullivan & Kores, LLP
733 East Main Street
Torrington, CT 06790
(860) 489-5000 (Phone)
(860) 496-0660 (Fax)
nkores@torringtonlaw.com

THE DEFENDANTS,

By_____/s/ Austin K. Moran (ct31252)_____
Austin K. Moran [ct31252]
George C. Springer, Jr. [ct03263]
Rogin Nassau LLC
CityPlace I, 22nd Floor

185 Asylum Street  
Hartford, CT 06103-3460  
Phone: (860) 256-6300  
Fax: (860) 278-2179 (fax)  
E-mail: gspringer@roginlaw.com  
amoran@roginlaw.com

## CERTIFICATION

I hereby certify that on **May 1, 2024** a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By    /s/ (ct29274)

Noah J. Kores, Esq.